UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERRY FREITAS, et al., | |
|---|---|
| Plaintiffs, | Case No. 12-cv-05948-SC |
| v. | |
| MCKESSON CORPORATION, et al., | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tiger for consideration of whether the case is related to *Keene et al v. McKesson Corporation et al*, Case No. C12-5924 JST.

**IT IS SO ORDERED.**

Dated: 07/09/2015

_____
SAMUEL CONTI
United States District Judge